UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No.  26cr10141 |
| | ) |
| v. | ) Violations: |
| | ) |
| VICTOR SUAZO REYNOSO, | ) Count One: False Representation of |
| | ) Social Security Number |
| Defendant | ) (42 U.S.C. § 408(a)(7)(B)) |
| | ) |
| | ) Count Two: Unauthorized Use, |
| | ) Transfer, Acquisition, Alteration, or |
| | ) Possession of SNAP Benefits Over |
| | ) $100; Aiding and Abetting |
| | ) (7 U.S.C. § 2024) |
| | ) |
| | ) SNAP Benefit Fraud Forfeiture |
| | ) Allegation: |
| | ) (18 U.S.C. § 981(a)(1)(C) and 28 |
| | ) U.S.C. § 2461(c)) |

INFORMATION

COUNT ONE
False Representation of Social Security Number;
(42 U.S.C. § 408(a)(7)(B))

The United States Attorney charges:

On or about October 11, 2022, in the District of Massachusetts, the defendant,

VICTOR SUAZO REYNOSA,

for the purpose of obtaining anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him on an application for a Massachusetts driver's license, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

<u>COUNT TWO</u>
Unauthorized Use, Transfer, Acquisition, Alteration, or Possession of
SNAP Benefits
(7 U.S.C. § 2024)

The United States Attorney further charges:

From at least in or about May 2021, through in or about July 2025, in the District of

Massachusetts, the defendant,

VICTOR SUAZO REYNOSO,

knowingly used, transferred, acquired, and possessed benefits having a value of $100 or more in a

manner not authorized by Title 7, United States Code, Chapter 51 and the regulations issued

pursuant to Chapter 51, that is, by falsely claiming to be Victim 1.

All in violation of Title 7, United States Code, Section 2024(b).

### SNAP BENEFIT FRAUD FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

1.      Upon conviction of the offense in violation of Title 7, United States Code, Section 2024(b), set forth in Count Two, the defendant,

### VICTOR SUAZO REYNOSO,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

2.      If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant -

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with a third party;

    c.  has been placed beyond the jurisdiction of this Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), which incorporates Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of such property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    _____
DAVID G. TOBIN
Assistant United States Attorney

Dated: May 5, 2026