JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                                   **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II _____    **Investigating Agency** HSI _____

**City** Boston _____

**County** Suffolk _____

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number  26-mj-5050-JGD _____

Search Warrant Case Number  26-mj-5051-JGD, 26-mj-5052-JGD _____

R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____     ☐ Yes  ☑ No

**Defendant Information:**

Defendant Name  Victor Suazo Reynoso _____    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address: _____

Birth date (Yr only): _____    SSN (last 4#): _____    Sex: M _____    Race _____    Nationality: Dominican _____

**Defense Counsel if known:**  Edward Ryan _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:  David G. Tobin _____    Bar Number if applicable: 552558 _____

**Interpreter:**  ☑ Yes  ☐ No    List language and/or dialect: Spanish _____

**Victims:**  ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**  ☐ Yes  ☐ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial

☑ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:**  ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 2 _____

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____    Signature of AUSA: _David G. Tobin_____

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Vistor Suazo Reynoso

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 42 U.S.C. 408(a)(7)(B) | False Representation of Social Security Number | One |
| Set 2 | 7 U.S.C. 2024 | SNAP Fraud | Two |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013